Accordingly, the order denying a preliminary injunction is affirmed and the cause is remanded for further proceedings not inconsistent with this opinion.

Affirmed and remanded with directions.

ENGLISH, J., and LORENZ, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOEL VILFRIN, Defendant-Appellant.

(No. 58873;

First District (5th Division)—November 2, 1973.

Opinion by Mr. JUSTICE ENGLISH.

James J. Doherty, Public Defender, of Chicago, (Thomas Lipscomb, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, and Nicholas P. Iavarone, Senior Law Student, of counsel,) for the People.